## Decided March 30, 2017

| | | |
|---|---|---|
| Altman v 285 W. Fourth LLC | 1st Dept: 143 AD3d 415 | granted |
| Altschuler v Jobman 478/480, LLC | Sup Ct, NY County, 12/8/16 (135 AD3d 439) | denied |
| Cooper v Pullar | 3d Dept: 145 AD3d 1247 | denied |
| CPS 227 LLC v Brody | Sup Ct, NY County, 10/11/16 (135 AD3d 607) | denied |
| Doppelt v Denahan | 1st Dept: 144 AD3d 573 | denied |
| Hunter R., Matter of (Delinda R.) | 1st Dept: 146 AD3d 526 | denied |
| Karin R., Matter of (Delinda R.) | 1st Dept: 146 AD3d 526 | denied |
| Moore, Matter of, v Departmental Disciplinary Comm. for the First Jud. Dept. | 1st Dept: 145 AD3d 602 | denied* |
| Moore, Matter of, v New York State Commn. on Jud. Conduct | 1st Dept: 145 AD3d 636 | denied* |
| New York Cent. Lines, LLC v State of New York | 2d Dept: 141 AD3d 703 | denied |
| People v Capellan | 1st Dept: 145 AD3d 636 | denied* |
| People v Destio | 2d Dept: 145 AD3d 1047 | denied |
| People v Garcia | 1st Dept: 145 AD3d 640 | denied* |
| People v Harmon | 2d Dept: 145 AD3d 688 | denied* |
| People v Nelson | 1st Dept: 145 AD3d 498 | denied* |
| People v Picariello | 2d Dept: 145 AD3d 804 | denied |
| People v Reid | 1st Dept: 145 AD3d 458 | denied* |
| People v Rukasov | 2d Dept: 132 AD3d 748 | denied* |
| People v Williams | 1st Dept: 144 AD3d 548 | denied |

## Decided April 4, 2017

| | | |
|---|---|---|
| Alexsander N., Matter of (Lena N.) | 3d Dept: 146 AD3d 1047 | denied |
| American Tr. Ins. Co. v Baucage | 1st Dept: 146 AD3d 413 | denied |
| Barth v Southbridge Towers, Inc. | 1st Dept: 145 AD3d 576 | denied |
| Brown v Bawa | 1st Dept: 144 AD3d 448 | denied |
| Brummel, Matter of, v Town of N. Hempstead Town Bd. | 2d Dept: 145 AD3d 880 | denied |
| Caraway, Matter of, v Annucci | 3d Dept: 144 AD3d 1296 | denied |
| Davis, Matter of, v New York City Bd./Dept. of Educ. | 1st Dept: 137 AD3d 716 | denied |

* Motion for poor person relief dismissed as academic or denied.